Donald K. McLean
Alaska Bar No. 0403006
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Avenue - 24th Floor
Seattle, Washington 98121
(206) 443-3400

Attorneys for North American Marine Transportation LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>      Defendant. | CASE NO. |

**PRAECIPE FOR ISSUANCE OF SUMMONS**

TO:   Clerk of the Court

Plaintiff North American Marine Transportation LLC requests that the Court issue summons to accomplish service of process in this matter.

Dated this 9th day of May, 2006.

　　　　　　　　　　　　　　　　　　BAUER MOYNIHAN & JOHNSON LLP

　　　　　　　　　　　　　　　　　　s/ Donald K. McLean
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Donald K. McLean
　　　　　　　　　　　　　　　　　　Alaska Bar No. 0403006
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　2101 Fourth Avenue, Suite 2400
　　　　　　　　　　　　　　　　　　Seattle, Washington 98121
　　　　　　　　　　　　　　　　　　Tel: 206-443-3400
　　　　　　　　　　　　　　　　　　Fax: 206-448-9076
　　　　　　　　　　　　　　　　　　E-mail: dkmclean@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

PRAECIPE FOR SUMMONS
NAMT v. BSE, Case No. _____
1 of 1

- 1 -