TURNER & MEDE, P.C.
Terrance A. Turner
Norman P. Resnick
Counsel for Defendant
  Bering Sea Eccotech, Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com
       nresnick@turnermede.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 3:06-CV-00110 TMB |
| BERING SEA ECCOTECH, Inc., | ) ) ) |
| Defendant. | ) ) ) ) |

**ENTRY OF APPEARANCE**

Turner & Mede, P.C., 1500 West 33rd Avenue, Suite 200, Anchorage, Alaska  99503, hereby enters its appearance on behalf of Defendant Bering Sea Eccotech, Inc., and requests that all pleadings and papers which have been filed or may be filed in the above-referenced action be served upon it at the foregoing address.

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 15th day of May, 2006.

           TURNER & MEDE, P.C.
           Counsel for Defendant Bering Sea Eccotech, Inc.

           <u>s/ Norman P. Resnick</u>
           Turner & Mede, P.C.
           1500 W. 33rd Avenue, Suite 200
           Anchorage, AK  99503-3502
           Phone:  907-276-3963
           Fax:  907-277-3695
           E-Mail: nresnick@turnermede.com
           Alaska Bar No. 8505039

<u>Certificate of Service</u>

This is to certify that on this 15th day of May, 2006, a copy of the foregoing was served electronically on:

  Bauer Moynihan & Johnson LLP
  Attn:  Donald K. McLean

<u>/s Norman P. Resnick</u>