IN THE    U.S. DISTRICT    COURT FOR THE STATE OF    ALASKA

THIRD JUDICIAL DISTRICT, AT    ANCHORAGE

NORTH AMERICAN MARINE TRANSPORTATION LL.,,  )
                                            )
                                            )
-vs-                               Plaintiff(s)  )
                                            )
BERING SEA ECCOTECH,INC.,                   )
                                            )
                                            )
                          Defendant(s)  )

**AMENDED**

**RETURN OF SERVICE**

Case No:_3:06-CV-TMB_

I certify that on   Friday, May 12, 2006  at  11:27 AM  I served the following documents

IN ADMIRALTY SUMMONS IN A CIVIL CASE AND IN ADMIRALTY AMENDED COMPLAINT, IN PERSONAM AND IN REM, FOR UNPAID FREIGHT.

on the therein named   BERING SEA ECCOTECH, INC.

at  1500 WEST 33RD AVENUE SUITE #200  in  Anchorage, Alaska by leaving a true and correct copy with

BERING SEA ECCOTECH, INC. C/O TERRANCE A. TURNER ESQ. R.A.

_____

Process Server /    BRIAN HOWARD

SUBSCRIBED AND SWORN to me this day of   Friday, May 12, 2006

_____

Notary Public in and for the State of Alaska

My Commission Expires:  3-5-08

NOTARY --- PUBLIC --- STATE OF ALASKA

(SEAL)

Attorney:  BAUER, MOYNIHAN & JOHNSON LLP
               2101 4TH AVENUE, STE. #2400
               SEATTLE, WASHINGTON 98121

Attention:  SUYA EDWARDS

File No:

Service Fee:  $35.00

Mileage:  $10.00

Endeavor:

Endeavor:

Total:  $45.00    (A.P.S.) NO:    63125

Attorney's Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

# United States District Court

## DISTRICT OF ALASKA AT ANCHORAGE

NORTH AMERICAN MARINE TRANSPORTATION
LLC.,

        Plaintiffs,

        v.

BERING SEA ECCOTECH, INC.,

        Defendant.

**IN ADMIRALTY**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER :  3:06-CU-
                TMB

TO:    Bering Sea Eccotech, Inc.
       c/o Turner & Mede, PC – R.A.
       1500 W. 33rd Avenue, Suite 200
       Anchorage, Alaska  99503

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

       Donald K. McLean
       Bauer Moynihan & Johnson, LLP
       2101 4th Avenue, Suite 2400
       Seattle, Washington  98121

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk
of this Court within a reasonable period of time after service.

DATED this ___11___ day of May, 2006.

*[signature]* SDA ROMACK
Clerk

___*[signature]*___
Deputy Clerk

SUMMONS - 1 -

_AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 5-12-06      11:27AM |
| NAME OF SERVER *(PRINT)* BRIAN HOWARD | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 1500 W 33RD AVE. #200 AHCH AK 99503

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL $10.00 | SERVICES $35.00 | TOTAL | $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-12-06
Date

Signature of Server

645 G St Ste 100 #585 AA 99501
Address of Server

SUMMONS - 2 -