John Lukjanowicz
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
Lukjanowicz@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>     Defendants. | Case No. 3:06-CV-00110 TMB |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS

TO:   THE CLERK OF THE COURT, and

TO:   Donald K. McLean and Bauer Moynihan & Johnson, LLP, counsel for Plaintiff, North American Marine Transportation, LLC

YOU AND EACH OF YOU PLEASE TAKE NOTICE that the undersigned, whose address is 1500 West 33rd Avenue, Suite

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 1 of 2

200, Anchorage, AK 99503-3502, hereby withdraw as Attorney of Record for the Defendant, Bering Sea Eccotech, Inc.

YOU ARE FURTHER NOTIFIED that John Lukjanowicz and the law firm of Oles Morrison Rinker & Baker, LLP, whose address is stated above, is hereby substituted as Attorney(s) of Record for the withdrawing counsel.

COPIES OF ALL FURTHER PAPERS AND PROCEEDINGS herein, except original process, shall be served upon the substituted Attorney(s) of Record along with all others above-named.

This withdrawal and substitution of attorneys will be effective May _17_, 2006.

_____        _____
Terrance A. Turner                     John Lukjanowicz
Norman P. Resnick                      Ak Bar #9411733
Turner & Mede, P.C.                    Oles Morrison Rinker &
                                       Baker, LLP
(Withdrawing Attorneys of Record)      (New Attorneys of Record)

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 2 of 2