```
TURNER & MEDE, P.C.
Terrance A. Turner
Norman P. Resnick
Counsel for Defendant
  Bering Sea Eccotech, Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com
       nresnick@turnermede.com
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 3:06-CV-00110 TMB |
| BERING SEA ECCOTECH, Inc., | ) ) ) |
| Defendant. | ) ) ) ) |

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of May, 2006, a copy of the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS** was served electronically on:

Bauer Moynihan & Johnson LLP
Attn: Donald K. McLean

and

     Oles Morrison Rinker & Baker, LLP
     Attn: John Lukjanowicz
     Alaska Bar No. 9411133
     E-Mail: Lukjanowicz@oles.com
     701 Pike Street, Suite 1700
     Seattle, WA  98101-3939
     Phone:  206-623-3427
     Fax:  206-682-6234

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 18th day of May, 2006.

     TURNER & MEDE, P.C.
     Counsel for Defendant Bering Sea Eccotech, Inc.

     s/ Norman P. Resnick
     Turner & Mede, P.C.
     1500 W. 33rd Avenue, Suite 200
     Anchorage, AK  99503-3502
     Phone:  907-276-3963
     Fax:  907-277-3695
     E-Mail: nresnick@turnermede.com
     Alaska Bar No. 8505039

Certificate of Service

This is to certify that on this 18th day of May, 2006, a copy of the foregoing was served electronically on:

 Bauer Moynihan & Johnson LLP
  Attn: Donald K. McLean

 and

 Oles Morrison Rinker & Baker, LLP
  Attn: John Lukjanowicz
   Alaska Bar No. 9411133
   E-Mail:  Lukjanowicz@oles.com

/s Norman P. Resnick