John Lukjanowicz
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
Lukjanowicz@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>       Defendants. | Case No. 3:06-CV-00110 TMB |

**ENTRY OF APPEARANCE**

TO:  THE CLERK OF THE COURT, and

TO:  Donald K. McLean and Bauer Moynihan & Johnson, LLP, counsel for Plaintiff, North American Marine Transportation, LLC

   Oles Morrison Rinker & Baker LLP, 701 Pike Street, Suite 1700, Seattle, WA 98101-3939, hereby enters its appearance on behalf of Defendant Bering Sea Eccotech, Inc., and requests that all pleadings and papers which have

been filed or may be filed in the above-referenced action be served upon it at the foregoing address.

Respectfully submitted this 18th day of May, 2006.

        OLES MORRISON RINKER & BAKER LLP
Counsel for Defendant Bering Sea Eccotech, Inc.

s/ John Lukjanowicz
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3939
Phone: (206) 623-3427
Fax: (206) 682-6234
E-Mail: Lukjanowicz@oles.com
Alaska Bar No. 9411133

P-JL NO APPEARANCE 981380007

Certificate of Service

This is to certify that on the 18th day of May, 2006, a copy of foregoing Entry of Appearance was served electronically on:

Bauer Moynihan & Johnson LLP
Attn: Donald K. McLean

s/ John Lukjanowicz