John Lukjanowicz
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>    Plaintiff,<br><br> v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>    Defendant. | Case No. 3:06-CV-00110 TMB |

**MOTION OF DEFENDANT BERING SEA ECCOTECH, INC. FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS**

COMES NOW the defendant, Bering Sea Eccotech, Inc., and, pursuant to the provisions of D. Ak. LR 11(c)(1)[A][ii], requests the Court to allow the substitution of the following attorneys:

MOTION OF DEFENDANT FOR WITHDRAWAL
AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 1 of 6

```
            John Lukjanowicz
            Jonathan A. DeMella
            OLES MORRISON RINKER & BAKER LLP
            701 PIKE ST., STE. 1700
            SEATTLE, WASHINGTON  98101-3930
            PHONE:  (206) 623-3427
            FAX:  (206) 682-6234
            EMAIL:  lukjanowicz@oles.com
                    demella@oles.com
```

for the attorneys who entered an initial Notice of Appearance in this lawsuit:

```
            Terrance A. Turner
            Norman P. Resnick
            TURNER & MEDE, P.C.
            1500 WEST 33rd AVENUE, SUITE 200
            ANCHORAGE, ALASKA  99503-3502
            PHONE:  (907) 276-3963
            FAX:  (907) 277-3695
            EMAIL:  tturner@turnermede.com
                    nresnick@turnermede.com
```

### I.    DECISION SOUGHT

Defendant Bering Sea Eccotech, Inc. ("BSE") seeks an order from this Court: (1) substituting the law firm of Oles Morrison Rinker & Baker, and John Lukjanowicz and Jonathan A. DeMella, as attorneys of record for BSE, and (2) allowing the law firm of Turner & Mede, P.C., and Terrance A. Turner and Norman P. Resnick, to withdraw as attorneys of record for BSE.

### II.   EVIDENCE RELIED UPON

This Motion is based on the accompanying Affidavit of William N. Arterburn, Chief Executive Officer of BSE.

### III. AUTHORITY AND ARGUMENT

Over seventy years ago, the United States Supreme Court recognized a qualified Fourteenth Amendment Due Process right to retain one's counsel of choice in a civil proceeding:

> If in any case, civil or criminal, a state or federal court were arbitrarily to refuse to hear a party by counsel, employed by and appearing for him, it reasonably may not be doubted that such a refusal would be a denial of a hearing, and, therefore, of due process in the constitutional sense.

*Powell v. Alabama*, 287 U.S. 45, 69, 53 S. Ct. 55, 77 L.Ed. 170-71 (1932). After identifying several state court decisions concerning the right to counsel, the *Powell* Court described this right as "fundamental." *Id.* at 70. In addition, the Supreme Court noted in *Powell* that

> [i]t is hardly necessary to say that the right to counsel being conceded, a [party] should be afforded a fair opportunity to secure counsel of his own choice.

*Id.* at 53.

Admittedly, Powell was a criminal, rather than civil, case. Nevertheless, a number of courts have recognized the right to counsel of choice for a civil litigant. *See, e.g., Robinson v. Boeing Co.*, 79 F.3d 1053, 1056 (11th Cir. 1996) (finding "the fundamental right to counsel" was one of the factors a trial court could consider in determining whether to allow substitution or additional counsel in a case);

**OLES MORRISON RINKER & BAKER LLP**
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427   Fax: (206) 682-6234

*Hull v. Celanese Corporation*, 513 F.2d 568, 572 (2nd Cir. 1975) (concluding that plaintiff's "right to counsel of her choice" and the consideration of judicial economy would need to yield to consideration of ethics and judicial integrity); *Security General Life Insurance Co. v. Superior Court,* 149 Ariz. 332, 335, 718 P.2d 985, 988 (1986) ("On the other hand, it has also been long recognized that because every litigant has the *right* to the counsel of its choice a party should not be allowed to disqualify opposing counsel for mere strategic or tactical reasons.") (emphasis in original.)

As the accompanying Affidavit of BSE's Chief Executive Officer, William N. Arterburn, makes clear, for various reasons, BSE has decided to utilize the law firm of Oles Morrison Rinker & Baker and John Lukjanowicz and Jonathan A. DeMella as its attorneys in this case. BSE therefore respectfully requests the Court to grant its Motion for Withdrawal and Substitution of Attorneys.

### IV.   PROPOSED ORDER

A Proposed Order granting BSE's Motion accompanies this Motion.

RESPECTFULLY SUBMITTED this 29th day of June, 2006.

MOTION OF DEFENDANT FOR WITHDRAWAL
AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 4 of 6

**OLES MORRISON RINKER & BAKER LLP**
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427   Fax: (206) 682-6234

```
                              OLES MORRISON RINKER & BAKER LLP
                              (PROPOSED) COUNSEL FOR DEFENDANT
                              BERING SEA ECCOTECH, INC.


                              By   s/ John Lukjanowicz
                                 John Lukjanowicz
                                 Jonathan A. DeMella
                              701 Pike St., Ste. 1700
                              Seattle, WA 98101-3930
                              Phone:  (206) 623-3427
                              Fax:  (206) 682-6234
                              Email:  lukjanowicz@oles.com
                                      demella@oles.com
                              Alaska Bar No. 9411133
```

**CONSENT TO WITHDRAWAL AND SUBSTITUTION**

Withdrawing counsel, Terrance A. Turner, Norman P. Resnick, and the law firm of Turner & Mede, P.C. hereby consent to the requested substitution of counsel.

Dated this 29th day of June, 2006.

```
                              TURNER & MEDE, P.C.
                              WITHDRAWING COUNSEL FOR DEFENDANT
                              BERING SEA ECCOTECH, INC.


                              By   s/Norman P. Resnick
                                 Terrance A. Turner
                                 Norman P. Resnick
                              Turner & Mede, P.C.
                              1500 West 33d Avenue, Suite 200
                              Anchorage, AK  99503-3502
                              Phone:  (907) 276-3963
                              Fax:  (907) 277-3695
                              Email:  nresnick@turnermede.com
```

MOTION OF DEFENDANT FOR WITHDRAWAL
AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 5 of 6

<u>Certificate of Service</u>

This is to certify that on the 29th day of June, 2006, a copy of the foregoing was served electronically, via ECF, on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121
Phone:  (206) 443-3400
Fax:  (206) 448-9076
Email:  <u>dkmclean@bmjlaw.com</u>

and

Norman P. Resnick
Turner & Mede, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, AK  99503-3502
Phone:  (907) 276-3963
Fax:  (907) 277-3695
Email:  <u>nresnick@turnermede.com</u>

<u>s/ John Lukjanowicz</u>

P-JL Mtn of Bering Sea for Sub of Counsel 062306 981380007

MOTION OF DEFENDANT FOR WITHDRAWAL
AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 6 of 6

**OLES MORRISON RINKER & BAKER LLP**
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427   Fax: (206) 682-6234