John Lukjanowicz
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>　　　　　Defendant. | Case No. 3:06-CV-00110 TMB |

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT, BERING SEA ECCOTECH, INC., FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS**

The defendant, Bering Sea Eccotech, Inc. ("BSE") has filed a Motion seeking to have the law firm of Oles Morrison Rinker & Baker, and John Lukjanowicz and Jonathan A. DeMella substituted as attorneys of record for defendant BSE in this litigation.  BSE's Motion also requests that the Court allow

the law firm of Turner & Mede, P.C., and Terrance A. Turner and Norman P. Resnick, to withdraw as attorneys of record for BSE.

It appears that good cause exists for BSE's Motion. It is therefore

ORDERED that the "Motion of Defendant, Bering Sea Eccotech for Withdrawal and Substitution of Attorneys" be, and the same hereby, is GRANTED

IT IS FURTHER ORDERED that the law firm of Turner & Mede, P.C. is allowed to withdraw as counsel of record for BSE in this litigation and that the law firm of Oles Morrison Rinker & Baker be allowed to substitute as counsel of record for BSE.

IT IS FURTHER ORDERED that all further pleadings and papers which may be filed and served in this case be filed and served via ECF on the law firm of Oles Morrison Rinker & Baker, and John Lukjanowicz and Jonathan A. DeMella, as Counsel of Record for BSE instead of being filed and served on the law firm of Turner & Mede, P.C., and Terrance A. Turner and Norman P. Resnick.

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT
FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 2 of 3

Dated this ___ day of _____, 2006.

_____
Timothy M. Burgess
Judge of the U.S. District Court

Certificate of Service

This is to certify that on the 29th day of June, 2006, a copy of the foregoing was served electronically, via ECF, on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121
Phone:  (206) 443-3400
Fax:  (206) 448-9076
Email:  dkmclean@bmjlaw.com

and

Norman P. Resnick
Turner & Mede, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, AK  99503-3502
Phone:  (907) 276-3963
Fax:  (907) 277-3695
Email: nresnick@turnermede.com

s/ John Lukjanowicz

P-JL OR Granting Mtn for Withdrawal 062306 981380007

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT
FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 3 of 3

OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427   Fax: (206) 682-6234