John Lukjanowicz
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>  Defendant. | Case No. 3:06-CV-00110 TMB |

### AFFIDAVIT OF WILLIAM N. ARTERBURN IN SUPPORT OF MOTION OF DEFENDANT, BERING SEA ECCOTECH, INC., FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS

William N. Arterburn, being first duly sworn, on oath deposes and states:

1. I am over the age of 18, have personal knowledge of the facts herein, and am otherwise qualified to make this Affidavit.

AFFIDAVIT IN SUPPORT OF MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 1 of 3

2.  I am the Chief Executive Officer of Bering Sea Eccotech, Inc. ("BSE"), the defendant in this lawsuit. In my capacity as Chief Executive Officer, I decide what law firm to use in the event BSE becomes involved in litigation. For a variety of reasons, I have decided to utilize the services of Oles Morrison Rinker & Baker and John Lukjanowicz and Jonathan A. DeMella, to represent BSE in this litigation.

3.  I hereby grant my written consent for the law firm of Turner & Mede, P.C., and Terrance A. Turner and Norman P. Resnick, to withdraw as counsel of record for BSE in this litigation. I hereby also request that the Court allow Oles Morrison Rinker & Baker and John Lukjanowicz and Jonathan A. DeMella to substitute as counsel of record for BSE in this litigation.

FURTHER YOUR AFFIANT SAYETH NOT

Dated this 28 day of June, 2006.

_____
William N. Arterburn

AFFIDAVIT IN SUPPORT OF MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 2 of 3

OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427   Fax: (206) 682-6234

### ACKNOWLEDGMENT

COMMONWEALTH OF KENTUCKY )
                         ) ss
COUNTY OF FAYETTE        )

On this 28 day of June, 2006, the foregoing instrument was sworn to and acknowledged before me, a Notary Public in the Commonwealth of Kentucky.

Given my hand and official seal the day and year first above-written.

_Sandra Brooks_
Notary Public in and for
the Commonwealth of Kentucky
My Commission Expires: 9/21/2006



### Certificate of Service

This is to certify that on the 29th day of June, 2006, a copy of the foregoing was served electronically via ECF on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Phone: (206) 443-3400
Fax: (206) 448-9076
Email: dkmclean@bmjlaw.com

and

Norman P. Resnick
Turner & Mede, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, AK 99503-3502
Phone: (907) 276-3963
Fax: (907) 277-3695
Email: nresnick@turnermede.com

s/ John Lukjanowicz

P-JL Aff of Arterburn 062306 981380007

AFFIDAVIT IN SUPPORT OF MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 3 of 3

OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427  Fax: (206) 682-6234