John Lukjanowicz
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>            Defendant. | Case No. 3:06-CV-00110 TMB |

**ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
OF DEFENDANT, BERING SEA ECCOTECH, INC.**

COMES NOW the Defendant, Bering Sea Eccotech, Inc. ("BSE"), by and through its undersigned attorneys of record, and for its Answer, Affirmative Defenses, and Counterclaim admits, denies, and alleges as follows:

**ANSWER**

**I.    JURISDICTION**

1.    BSE admits the allegations contained in paragraph 1 of Plaintiff's Complaint.

## II. PARTIES

2. BSE is without knowledge or information sufficient to form a belief as to the truth of the allegation in paragraph 2 of the Complaint, and therefore denies the same.

3. BSE admits the allegation contained in paragraph 3 of Plaintiff's Complaint.

## IV. VENUE

4. BSE admits the allegation contained in paragraph 4 of Plaintiff's Complaint.

## V. FACTS

5. BSE admits that on April 29, 2005, BSE and Plaintiff entered into a Blanket Time Charter Agreement ("Charter") under which Plaintiff time-chartered the M/V FREEBIRD to BSE. Except as expressly admitted, BSE denies the remaining allegations contained in paragraph 5 of Plaintiff's Complaint.

6. BSE admits that under the terms of the Charter, the port of Delivery for the M/V FREEBIRD was to be Dutch Harbor, Alaska. Except as admitted, BSE denies the remaining allegations in paragraph 6 of Plaintiff's Complaint.

7. BSE denies the allegation contained in paragraph 7 of Plaintiff's Complaint.

8. BSE admits that the term of Charter was originally contemplated to be 80 days and that the daily charter rate was to be $11,150 per day for a vessel that was certified for thirty (30) personnel. Except as expressly admitted, BSE

denies the remaining allegations contained in paragraph 8 of Plaintiff's Complaint.

9.   BSE admits that the M/V FREEBIRD arrived in Dutch Harbor, Alaska on May 15, 2005.  Except as expressly admitted, BSE denies the remaining allegations contained in paragraph 9 of Plaintiff's Complaint.

10.  BSE denies the allegation contained in paragraph 10 of Plaintiff's Complaint.

11.  BSE admits the allegation contained in paragraph 11 of Plaintiff's Complaint.

12.  BSE denies the allegation contained in paragraph 12 of Plaintiff's Complaint.

**V.   CAUSE OF ACTION – BREACH OF CONTRACT**

13.  BSE admits that from May 15, 2003 to August 3, 2005 constitutes a period of eighty (80) days, but denies the remainder of the allegation contained in paragraph 13 of Plaintiff's Complaint.

14.  BSE denies the allegation contained in paragraph 14 of Plaintiff's Complaint.

15.  BSE denies the allegation contained in paragraph 15 of Plaintiff's Complaint.

16.  BSE denies the allegation contained in paragraph 16 of Plaintiff's Complaint.

**VI.   AFFIRMATIVE DEFENSES**

17.  Plaintiff's Complaint fails to state a claim upon which relief can be granted.

18. Plaintiff has failed to satisfy all conditions precedent to any right of recovery against BSE under the terms of the Charter.

19. Plaintiff has failed to mitigate damages, if any, it claims to have incurred in its Complaint.

20. Plaintiff's claims are subject to BSE's right of set-off and/or recoupment.

### VII. COUNTERCLAIM

By way of further answer and counterclaim, defendant BSE alleges as follows:

21. Defendant/Counterclaimant BSE is an Alaska Corporation. BSE has fulfilled all conditions precedent to the maintenance of this action.

22. Plaintiff North American Marine Transportation LLC ("NAMT") claims to be a limited liability company organized under the laws of the State of Washington.

23. This Court has jurisdiction over this counterclaim by virtue of 28 U.S.C. §§ 1332(a)(1), 1333(1), and 1367(a).

24. Venue of this counterclaim is proper under 28 U.S.C. §§ 1391(a)(2) and 1391(b)(2).

25. On April 29, 2005, BSE and NAMT entered into a Blanket Time Charter Agreement under which NAMT time-chartered the M/V FREEBIRD to BSE. Under the Charter, NAMT was to fulfill certain obligations to BSE.

26. NAMT failed to fulfill obligations to BSE under the Charter. NAMT's failure to fulfill obligations to BSE under

the Charter caused BSE to incur additional costs, and resulted in BSE losing both revenue and profit under BSE's Vessel and Labor Services Agreement with Gallagher Marine Systems, Inc.

27. As a result of NAMT's breach(es) of the Charter, BSE suffered damages in an amount to be proven at the time of trial but alleged to be greater than $75,000.

## VIII. PRAYER FOR RELIEF

WHEREFORE, having answered the allegations in Plaintiff's Complaint, and having set forth its affirmative defenses and counterclaim, BSE requests the following relief:

1. For dismissal of Plantiff's Complaint and all causes of action therein, with prejudice;

2. For judgment against NAMT in an amount to be proven at the time of trial, but alleged to be greater than $75,000;

3. For pre- and post-judgment interest on any and all damages awarded to BSE to the maximum extent permitted by law;

4. For permission to amend its pleadings to conform to the proof adduced at trial; and

5. For such other and further relief as the Court deems just and proper.

DATED this 29th day of June, 2006.

                                OLES MORRISON RINKER & BAKER LLP

By  s/John Lukjanowicz
    John Lukjanowicz,
    Alaska Bar #9411133
    Jonathan A. DeMella
Attorneys for Defendant Bering Sea Eccotech, Inc.
701 Pike St., Ste. 1700
Seattle, WA 98101-3930
Phone: (206) 623-3427
Fax: (206) 682-6234
Email: lukjanowicz@oles.com
       demella@oles.com

### Certificate of Service

This is to certify that on the 29th day of June, 2006, a copy of the foregoing was served electronically, via ECF, on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Phone: (206) 443-3400
Fax: (206) 448-9076
Email: dkmclean@bmjlaw.com

                and

Norman P. Resnick
Turner & Mede, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, AK 99503-3502
Phone: (907) 276-3963
Fax: (907) 277-3695
Email: nresnick@turnermede.com

P-JL Answer & Aff Defs 062706 981380008.doc