Donald K. McLean
Alaska Bar No. 0403006
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Avenue - 24th Floor
Seattle, Washington 98121
(206) 443-3400

Attorneys for North American Marine Transportation LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:06-00110 CV (TMB) |

**NORTH AMERICAN MARINE TRANSPORATION'S REPLY TO**
**BERING SEA ECCOTECH'S COUNTER-CLAIM**

COMES NOW plaintiff North American Marine Transportation LLC ("NAMT") by way of reply to defendant's counterclaim, states as follows:

1. Replying to paragraph 21 of the counterclaim, NAMT admits that Bering Sea Eccotech, Inc. ("BSE") is an Alaskan Corporation. NAMT is without information regarding the remaining allegations of paragraph 21 and, therefore, denies same.

2. Replying to paragraph 22 of the counterclaim, NAMT admits same.

3. Replying to paragraph 23 of the counterclaim, NAMT notes that this is a legal conclusion to be determined by the court. To the extent a reply is required, NAMT admits that the Court has jurisdiction pursuant to 28 U.S.C. §§1332(a)(1) and §1333(1). NAMT denies that there is any jurisdiction under 28 U.S.C. §1367(a) because the court has original jurisdiction over the claims pursuant to 28 U.S.C. §§1332(a)(1) and §1333(1).

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

REPLY TO COUNTERCLAIM
NAMT v. BSE, Case No. 3:06-00110 CV TMB
1 of 3

- 1 -

4.   Replying to paragraph 24 of the counterclaim, NAMT notes that this is a legal conclusion to be determined by the court.  To the extent a reply is required, NAMT admits venue is proper pursuant to 28 U.S.C. §1391(b)(2).  NAMT denies venue is proper pursuant to 28 U.S.C. §1391(a)(2) because diversity is not the sole basis of jurisdiction.

5.   Replying to paragraph 25 of the counterclaim, NAMT admits same.

6.   Replying to paragraph 26 of the counterclaim, NAMT denies same.

7.   Replying to paragraph 27 of the counterclaim, NAMT denies dame.

**AFFIRMATIVE DEFENSES**

8.   BSE has failed to mitigate its damages, if any.

9.   The charter party between NAMT and BSE contains a consequential damages clause which limits or completely bars BSE's claimed damages.

10.   Any breach of the charter party by NAMT was caused by the failure of BSE to timely perform its obligations under the charter party.

WHEREFORE plaintiff NAMT prays for relief as follows:

1.   For dismissal of BSE's counterclaim with prejudice;

2.   For all costs allowable by law; and

3.   For such other and further relief as to the Court appears just and proper under the circumstances.

Dated this 25th day of July, 2006.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald K. McLean

_____
Donald K. McLean
Alaska Bar No. 0403006
Attorneys for Plaintiff
2101 Fourth Avenue, Suite 2400
Seattle, Washington  98121
Tel: 206-443-3400
Fax: 206-448-9076
E-mail: dkmclean@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121
(206) 443-3400
FAX (206) 448-9076

REPLY TO COUNTERCLAIM
NAMT v. BSE, Case No. 3:06-00110 CV TMB
2 of 3

- 2 -

I declare under penalty of perjury of the laws of the state of Washington that on July 25, 2006, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Lukjanowicz
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: 206-623-3427
Fax: 206-682-6234
lukjanowicz@oles.com

BAUER MOYNIHAN & JOHNSON LLP

s/ Suya Edwards
_____
Suya Edwards
sedwards@bmjlaw.com

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

REPLY TO COUNTERCLAIM
NAMT v. BSE, Case No. 3:06-00110 CV TMB
3 of 3