## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

### *North American Marine Transportation, LLC v. Bering Sea Eccotech, Inc.*
### Case No.    3:06-cv-110  TMB

**By:**                **THE HONORABLE TIMOTHY M. BURGESS**

**PROCEEDINGS:**        **ORDER FROM CHAMBERS**

Pending before this Court is Defendant's Motion for Withdrawal and Substitution of Attorneys.  Docket 8.  Defendant, Bering Sea Eccotech, Inc. ("BSE") has filed a Motion seeking to have the law firm of Oles Morrison Rinker & Baker, and John Lukjanowicz and Jonathan A. DeMella substituted as attorneys of record for defendant BSE in this litigation.  *Id.*   BSE's Motion also requests that the Court allow Terrance A. Turner and Norman P. Resnick, to withdraw as attorneys of record for BSE.  *Id.*

**It is hereby ordered** that the motion at Docket 8 is **GRANTED IN PART**. Terrance A. Turner and Norman P. Resnick are allowed to withdraw as counsel of record for BSE in this litigation.  John Lukjanowicz, Alaska Bar number 9411133, shall be allowed to substitute as counsel of record for BSE. All further pleadings and papers which may be filed and served in this case be filed and served via ECF on John Lukjanowicz, as Counsel of Record for BSE, instead of being filed and served on the law firm of Turner & Mede, P.C.

Court records do not reflect that Jonathan A. DeMella is licensed to practice in the State of Alaska, nor has he applied to represent BSE *pro hac vice*.  Accordingly, the clerk is directed to send Mr. DeMella a Non-Resident Attorney Packet.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 25, 2006