1  Donald K. McLean
   Alaska Bar No. 0403006
2  BAUER MOYNIHAN & JOHNSON LLP
   2101 Fourth Avenue –Suite 2400
3  Seattle, Washington  98121
   (206) 443-3400
4

5  Attorneys for North American Marine Transportation LLC

6
                    UNITED STATES DISTRICT COURT
7           FOR THE DISTRICT OF ALASKA AT ANCHORAGE

8  NORTH AMERICAN MARINE
   TRANSPORTATION LLC,
9
                    Plaintiff,
10
          v.
11
   BERING SEA ECCOTECH, INC.,              CASE NO. 3:06-00110 CV (TMB)
12
                    Defendant.
13
              **SCHEDULING AND PLANNING CONFERENCE REPORT**
14
15  1. **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on August 14, 2006, and was

    attended  by:
16
          Donald K. McLean
17        Bauer Moynihan & Johnson LLP
          2101 Fourth Avenue, Suite 2400
18        Seattle, Washington  98121
          Attorneys for Plaintiff North American Marine Transportation LLC ("NAMT")
19
          John Lukjanowicz
          Jonathan A. DeMella
20        Oles Morrison Rinker Baker LLP
          701 Pike Street, Suite 1700
21        Seattle, WA 98101
          Attorneys for Defendant Bering Sea Eccotech, Inc.
22
   The parties recommend the following:
23
   2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):
24
          _____ have been exchanged by the parties
25
          __X_ will be exchanged by the parties by August 31, 2006.
26

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

Proposed changes to disclosure requirements:

> The parties propose no changes to the disclosure requirements.

Preliminary witness lists:

> _____ have been exchanged by the parties

> __X__ will be exchanged by the parties by August 31, 2006.

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    A.    When did the charter of the FREEBIRD by BSE commence?

    B.    When did the charter of the FREEBIRD by BSE conclude?

    C.    Was BSE entitled to take the FREEBIRD off charter between the period when it commenced and when it concluded?

    D.    If BSE was entitled to take the FREEBIRD off charter then how long did the FREEBIRD remain off charter?

    E.    Did NAMT breach the charter?

    F.    Was any breach of the charter by NAMT justified because of the actions of BSE?

    G.    What damages did BSE incur because NAMT breached the charter?

    H.    What amount of the damages suffered by BSE are consequential damages barred under the charter party?

    I.    Has NAMT mitigated its damages?

    J.    Has BSE mitigated its damages?

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

> The operations of the FREEBIRD during the relevant time frame.

> The operations of BSE as a subcontractor on the SELENDANG AYU.

> Damages of BSE

    B. All discovery commenced in time to be completed by (date) ("discovery close date"):

> July 31, 2007

**SCHEDULING AND PLANNING CONFERENCE REPORT**
NAMT v. BSE, Case No. 3:06-00110CV(TMB)
2 of 6

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

C. Interrogatories.

[X] No change from F.R.Civ.P. 33(a)

[] Maximum of (number) Interrogatories by each party to any other party. Responses due in (number) days.

D. Requests for Admissions.

[X] No change from F.R.Civ.P. 36(a).

[] Maximum of (number) requests. Responses due in (number) days.

E. Depositions.

[X] No change from F.R.Civ.P. 30(a), (d).

[] Maximum of (number) depositions by each party.

[] Depositions not to exceed (number) hours unless extended by agreement of all parties.

F. Reports from retained experts.

[X] Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

[] Reports due:

From plaintiff (date)

From defendant (date)

G. Supplementation under F.R.Civ.P. 26(e) due at 90(ninety) day intervals.

5. **Pretrial Motions**.

[X] No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

[] Motions addressing matters specified in F.R.Civ.P 12(b) to be filed not later than (date).

[] Motions to amend pleadings or add parties to be filed not later than (date).

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

**SCHEDULING AND PLANNING CONFERENCE REPORT**
NAMT v. BSE, Case No. 3:06-00110CV(TMB)
3 of 6

[] Motions under the discovery rules must be filed not later than (date).

[] Motions in limine and dispositive motions must be filed not later than (date).

6. **Other Provisions**:

A.  [X] The parties do not request a conference with the court before entry of the scheduling order.

[] The parties request a scheduling conference with the court on the following issue(s):

B.  The parties request a pretrial conference in September 2007

C.  Settlement:

[] Likely

[] Unlikely

[X] Can not be evaluated at this time.

D.  Alternative Dispute Resolution.

[] This matter is not considered a candidate for court-annexed alternative dispute resolution.

[X] The parties will file a request for court-annexed alternative dispute resolution not later than the close of discovery on July 31, 2007.

__X_  Mediation    _____  Early Neutral Evaluation

E.  The parties [] do [X] do not consent to trial before a magistrate judge

7. **Trial**.

A.  The matter will be ready for trial:

[X] 45 days after the discovery close date.

[] not later than (date).

B.  The matter is expected to take 3 (three) days to try

C.  Jury Demanded: [] Yes [X] No

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

**SCHEDULING AND PLANNING CONFERENCE REPORT**
NAMT v. BSE, Case No. 3:06-00110CV(TMB)
4 of 6

Dated this 22nd day of August, 2006.

BAUER MOYNIHAN & JOHNSON LLP

/s/Donald K. Mclean

_____

Donald K. McLean
Alaska Bar No. 0403006
Attorneys for Plaintiff
2101 Fourth Avenue, Suite 2400
Seattle, Washington  98121
Tel: 206-443-3400
Fax: 206-448-9076
E-mail: dkmclean@bmjlaw.com


OLES MORRISON RINKER BAKER LLP

/s/ John Lukjanowicz per his authorization

_____

John Lukjanowicz
Jonathan A. DeMella
Alaska Bar No. 9411133
701 Pike Street, Suite 1700
Seattle, WA 98101
Attorneys for Defendant Bering Sea Eccotech, Inc.
E-Mail: lukjanowicz@oles.com

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

1   I declare under penalty of perjury of the laws of the state of Washington
    that on August 22, 2006, I electronically filed the foregoing document
2   with the clerk of the Court using the CM/ECF system which will send
    notification of such filing to the following:
3
    John Lukjanowicz
4   Oles Morrison Rinker & Baker LLP
    701 Pike Street, Suite 1700
5   Seattle, WA  98101-3939
    Tel: 206-623-3427
6   Fax: 206-682-6234
    lukjanowicz@oles.com
7
    BAUER MOYNIHAN & JOHNSON LLP
8
    s/ Suya Edwards
9   _____
    Suya Edwards
10  sedwards@bmjlaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

**SCHEDULING AND PLANNING CONFERENCE REPORT**
NAMT v. BSE, Case No. 3:06-00110CV(TMB)
6 of 6