John Lukjanowicz
Alaska Bar No. 9411133
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>　　　　　Defendant. | Case No. 3:06-CV-00110 TMB |
|---|---|

**MOTION FOR PARTICIPATION OF NONRESIDENT ATTORNEY**
**JONATHAN A. DEMELLA**

In accordance with United States District Court for the District of Alaska Local Rule 83.1(d), John Lukjanowicz of Oles Morrison Rinker & Baker LLP moves the court for an order admitting out-of-state counsel, Jonathan A. DeMella, to appear on behalf of defendant Bering Sea Eccotech, Inc. in all proceedings relating to the above-captioned matter.

1  The undersigned local counsel shall participate
2  meaningfully in all matters pertaining to this action.

4  This motion is supported by the attached declaration
5  of Jonathan A. DeMella, together with accompanying
6  exhibits, in compliance with the provisions of United
7  States District Court for the District of Alaska Local Rule
8  83.1(d).

   DATED: October 23, 2006   OLES MORRISON RINKER & BAKER LLP
                             Attorneys for Bering Sea Eccotech, Inc.

                             By: s/John Lukjanowicz_____
                                 John Lukjanowicz
                                 Alaska Bar No. 9411133
                                 Jonathan A. DeMella
                                 701 Pike Street, Suite 1700
                                 Seattle, WA  98101-3939
                                 Tel: (206) 623-3427
                                 Fax: (206) 682-6234

OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427   Fax: (206) 682-6234

NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 2 of 3

Certificate of Service

I hereby certify that on the 23d day of October, 2006, a true and correct copy of the foregoing was served

Electronically on:

Donald K. McLean
dkmclean@bmjlaw.com
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121


OLES MORRISON RINKER & BAKER LLP


By: s/John Lukjanowicz_____

NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 3 of 3