John Lukjanowicz
Alaska Bar No. 9411133
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>           Defendant. | Case No. 3:06-CV-00110 TMB |

**[PROPOSED] ORDER FOR PARTICIPATION
OF NONRESIDENT ATTORNEY Jonathan A. DeMella**

THIS MATTER having come before the Court on the Motion for Participation of Nonresident Attorney in this matter for the limited purpose of representing Bering Sea Eccotech, Inc. in the above-captioned matter, and it

appearing that good cause exists for the relief requested, it is hereby

ORDERED that Jonathan A. DeMella be and is hereby admitted to practice before this Court *pro hac vice* in this matter.

Dated_____        _____
                                    United States District Judge
                                    for the District of Alaska

ORDER GRANTING MOTION AND APPLICATION
OF NON-RESIDENT ATTORNEY JONATHAN A. DEMELLA
FOR PERMISSION TO APPEAR AND PARTICIPATE
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 2 of 3

**OLES MORRISON RINKER & BAKER LLP**
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427   Fax: (206) 682-6234

<u>Certificate of Service</u>

I hereby certify that on the 23d day of October, 2006, a true and correct copy of the foregoing was served

Electronically on:

Donald K. McLean
dkmclean@bmjlaw.com
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121


OLES MORRISON RINKER & BAKER LLP


By: s/John Lukjanowicz_____

P-JAD   ORDER ON Mtn to Appear Pro Hac Vice   981380008

OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, Washington 98101-3939
Tel: (206) 623-3427   Fax: (206) 682-6234