John Lukjanowicz
Alaska Bar No. 9411133
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>　　　　　　Defendant. | Case No. 3:06-CV-00110 TMB |

**DECLARATION OF JONATHAN A. DEMELLA**
**IN SUPPORT OF**
**MOTION FOR PARTICIPATION OF NONRESIDENT ATTORNEY**

Jonathan A. DeMella, declares as follows:

1.  I am now and have continuously been admitted, without revocation or suspension, as an active member in good standing of the Bars of the following courts:

| Courts | Year of Admission |
|---|---|
| Washington State Courts | 2005 |
| District of Columbia | 2001 |
| Massachusetts | 1999 |

2.  I am an attorney with the Seattle office of the law firm of Oles Morrison Rinker & Baker LLP, located at 701 Pike Street, Suite 1700, Seattle, Washington 98101-3930, which has been retained by Bering Sea Eccotech, Inc., to represent its interests in the above-entitled cause.

3.  I reside at 202 NE 47th, Seattle, Washington 98105.

4.  I make application to this Court to participate as co-counsel with John Lukjanowicz, an active member in good standing of the Bar of this Court.

5.  Attached hereto as Exhibit 1 and incorporated by this reference is a Certificate of Good Standing issued by the Washington State Supreme Court indicating that I am in good standing as a member of the Bar and that there are not any pending disciplinary actions against me.

6.  I certify that I will comply with applicable statutes, law and procedural rules of the State of Alaska, be familiar with and comply with the disciplinary rules of the Alaska State Bar, and submit to the jurisdiction of the

1  Alaska courts and the Alaska State Bar with respect to acts
2  and omissions occurring during my forthcoming admission under
3  United States District Court for the District of Alaska Local
4  Rule 83.1(d).
5
6      7.   I agree to notify the trial court promptly of
7  any changes in my insurance or my status with any Bar
8  association to which I am admitted.

Dated 23 October 2006         _____
                              Jonathan A. DeMella, WSBA 36081

Certificate of Service

I hereby certify that on the 23d day of October, 2006, a true and correct copy of the foregoing was served

Electronically on:

Donald K. McLean
dkmclean@bmjlaw.com
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121

OLES MORRISON RINKER & BAKER LLP

By: s/John Lukjanowicz

NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 3 of 3

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

JONATHAN ADAM DEMELLA

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR #36081

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

JONATHAN ADAM DEMELLA

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on April 28, 2005, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 6th day of September, 2006

C.J. MERRITT, SUPREME COURT CLERK
WASHINGTON STATE SUPREME COURT