```
            UNITED STATES
            DISTRICT COURT
             District of Alaska
             Anchorage Division

           #  00129162  -  PS
            October 23, 2006


     Code    Case #    Qty      Amount

    6855XX-N 06-110             150.00 CK


     TOTAL→              150.00


    FROM: OLES MORRISON RINKER & BANKER
          FOR JONATHAN A. DEMELLA
          PRO HAC VICE
          3:06-CV-00110 TMB
```