John Lukjanowicz
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>              Defendant. | Case No. 3:06-CV-00110 TMB |

**BERING SEA ECCOTECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST NORTH AMERICAN MARINE TRANSPORTATION LLC**

Defendant Bering Sea Eccotech, Inc. ("BSE"), by and through its attorneys, Oles Morrison Rinker & Baker LLP, hereby moves for partial summary judgment against Plaintiff North American Marine Transportation LLC ("North American"), on North American's claim that BSE breached the April 29, 2005 Blanket Time Charter Agreement ("Agreement") between the parties by failing to pay North American $133,800 due under the Agreement. By this Motion for Partial Summary Judgment, BSE seeks to have

the Court rule that BSE is not responsible to pay $100,350 of the $133,800 North American claims is due under the Agreement because: (1) the Agreement between BSE and North American required North American to provide a vessel certified by the United States Coast Guard for thirty (30) personnel; (2) North American has admitted that the *M/V Freebird* was not certified by the United States Coast Guard for thirty (30) personnel until June 6, 2005; and (3) North American nevertheless seeks to recover the per diem Charter Party rate of $11,150 per day for nine days, or $100,350, for three distinct time periods prior to June 6, 2005.

This Motion is supported by points and authorities in the attached Memorandum and the accompanying Affidavit of John Lukjanowicz.

Dated:   August 31, 2007.

OLES MORRISON RINKER & BAKER LLP
Attorneys for Bering Sea Eccotech, Inc.


By: /s/John Lukjanowicz
John Lukjanowicz, ASBA 9411133
Jonathan A. DeMella
701 Pike Street, Suite 1700
Seattle, Washington  98101-3930
Phone:  (206) 623-3427
Fax:  (206) 682-6234

1     CERTIFICATE OF SERVICE

2 I hereby certify that on this 31st day of August, 2007, a true and
3 correct copy of the foregoing was served

4 Electronically on:

5 Donald K. McLean
dkmclean@bmjlaw.com
6 Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
7 Seattle, WA  98121

8

9 OLES MORRISON RINKER & BAKER LLP

10

11 By:  /s/John Lukjanowicz

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BERING SEA ECCOTECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST NORTH AMERICAN MARINE TRANSPORTATION LLC
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 3 of 3
P-JL DEFS MTN PTL SJ 083007 981380008