John Lukjanowicz
Jonathan A. DeMella
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-3939
Tel: (206) 623-3427
Fax: (206) 682-6234
lukjanowicz@oles.com
demella@oles.com

Attorneys for Defendant
Bering Sea Eccotech, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>BERING SEA ECCOTECH, INC.,<br><br>            Defendant. | Case No. 3:06-CV-00110 TMB |

### AFFIDAVIT OF JOHN LUKJANOWICZ IN SUPPORT OF BERING SEA ECCOTECH INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

STATE OF WASHINGTON )
                         ) ss.
COUNTY OF KING      )

    JOHN LUKJANOWICZ, being first duly sworn upon oath, deposes and states as follows:

    1.   I am a partner in the law firm of Oles Morrison Rinker & Baker LLP.  I am currently identified among the

1  counsel of record for Bering Sea Eccotech, Inc. in the above-captioned proceedings.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the April 29, 2005 Blanket Time Charter Agreement ("Agreement") between North American Marine Transportation LLC and Bering Sea Eccotech, Inc. A copy of the Agreement is also attached to the Plaintiff's Complaint.

3.  Attached hereto as Exhibit 2 is a true and correct copy of Interrogatory Nos. 10, 11, 12 and 14, propounded by Bering Sea Eccotech to North American Marine Transportation LLC, along with North American Marine Transportation's answers thereto.

FURTHER your affiant sayeth not.

_____
John Lukjanowicz, ASBA 9411133

SUBSCRIBED AND SWORN to before me this __31st__ day of August, 2007.

_____
Printed Name: Marlene D. Tible
NOTARY PUBLIC in and for the State of Washington, residing at Redmond
My Appointment Expires 9-23-08

AFFIDAVIT OF JOHN LUKJANOWICZ IN SUPPORT OF BERING
SEA ECCOTECH INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
NAMT v. BSE, Case No. 3:06-CV-00110 TMB
Page 2 of 2
P-JL AFFIDAVIT OF JL SUP MTN PTL SJ 083107 981380006.DOC