IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTH AMERICAN MARINE TRANSPORTATION<br><br>            Plaintiff,<br><br>     vs.<br><br>BERING SEA ECOTECH,<br><br>            Defendants. | Case No. 3:06-cv-0110   TMB<br><br>O R D E R |

**ORDER OF DISMISSAL**

On September 18, 2007 at Docket [25] the Court issued an order to the parties requiring settlement documents or a status report be filed within thirty days. The deadline for this filing was October 18, 2007. To date, nothing has been filed by the parties. The Court will therefore assume that the parties have settled the case and it will be dismissed.

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE.

Dated at Anchorage, Alaska, this 3rd day of December, 2007.

/s/ Timothy Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

1